UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Reginald L Powell  
    Jocelyn M Powell  
        Debtor(s)

Case No. 12 B 14379

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/09/2012.

2) The plan was confirmed on 07/18/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/18/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 03/26/2014.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,658.79 |
| Less amount refunded to debtor | $322.63 |
| **NET RECEIPTS:** | **$5,336.16** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,525.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $212.35 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,737.35** |

Attorney fees paid and disclosed by debtor:    $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Recovery Service | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Account Recovery Service | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 2,265.00 | 2,265.30 | 2,265.30 | 79.43 | 0.00 |
| American Collections & Credit | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| American Collections & Credit | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| Amp'D Moblie | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| City of Calumet City | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,500.00 | 2,835.40 | 2,835.40 | 99.43 | 0.00 |
| City of Harvey | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 600.00 | 1,851.50 | 1,851.50 | 64.92 | 0.00 |
| Contract Callers | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| Contract Callers | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 3,580.00 | 4,219.55 | 4,219.55 | 147.96 | 0.00 |
| Credit Management Co. | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Auto Sales | Secured | 4,600.00 | 4,950.80 | 4,950.80 | 0.00 | 0.00 |
| Heights Auto Workers Credit Union | Unsecured | 411.00 | 480.81 | 480.81 | 16.86 | 0.00 |
| Heights Auto Workers Credit Union | Unsecured | 1,643.00 | 1,643.32 | 1,643.32 | 57.62 | 0.00 |
| I C Systems Inc | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Miramedrg | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 494.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 223.00 | 1,427.72 | 1,427.72 | 50.06 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 11,252.00 | 11,252.00 | 11,252.00 | 394.56 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 151.34 | 151.34 | 5.31 | 0.00 |
| Premier Bankcard | Unsecured | 399.00 | 398.62 | 398.62 | 13.98 | 0.00 |
| Premier Bankcard | Unsecured | 456.00 | 455.94 | 455.94 | 15.99 | 0.00 |
| Progressive Finance | Secured | 300.00 | 2,254.66 | 300.00 | 300.00 | 13.53 |
| Progressive Finance | Unsecured | NA | 1,954.66 | 1,954.66 | 68.54 | 0.00 |
| Receivables Management Inc | Unsecured | 300.00 | 3,439.25 | 3,439.25 | 120.60 | 0.00 |
| Total Gym Fitness | Secured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 4,847.00 | 4,278.38 | 4,278.38 | 150.02 | 0.00 |
| Village of Dolton | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Village of Ford Heights | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Lansing | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Village of Richton Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,250.80 | $300.00 | $13.53 |
| **TOTAL SECURED:** | **$5,250.80** | **$300.00** | **$13.53** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,653.79** | **$1,285.28** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,737.35 |
| Disbursements to Creditors | $1,598.81 |
| **TOTAL DISBURSEMENTS** : | **$5,336.16** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/21/2014                        By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.